LOAN-SERVICE CORPORATION, Respondent, v. BRIDGEPORT LUMBER CO., INC., Appellant.—

Present — Bastow, J. P., Goldman, Halpern, McClusky and Henry, JJ.

EUGENE SINAGUGLIA, an Infant by His Guardian ad Litem, PHILIP SINAGUGLIA, Respondent, v. ANTHONY CASTRONOVA, Appellant.—

Present — Bastow, J. P., Goldman, Halpern, McClusky and Henry, JJ.

PHILIP SINAGUGLIA, Respondent, v. ANTHONY CASTRONOVA, Appellant.—

Present — Bastow, J. P., Goldman, Halpern, McClusky and Henry, JJ.

ERNEST MILLER et al., Respondents, v. C. M. BAY, Appellant.—

Present — Bastow, J. P., Goldman, Halpern, McClusky and Henry, JJ.

RAYMOND W. VREELAND, Individually and as Guardian ad Litem of THOMAS VREELAND, an Infant, Appellant, v. JAMES A. COE, Respondent.— Memorandum: In our opinion, the verdict of the jury was against the weight of evidence. (Appeal from judgment of Onondaga Trial Term for defendant for no cause of action, in an automobile negligence action. The order denied a motion for a new trial.) Present — Bastow, J. P., Goldman, Halpern, McClusky and Henry, JJ.

In the Matter of the POWER AUTHORITY OF THE STATE OF NEW YORK, Respondent, v. H. B. VIDAL, Appellant.—

Present — Bastow, J. P., Goldman, Halpern, McClusky and Henry, JJ.

MURRAY G. AMEY et al., Respondents, v. ALTADALE CORPORATION, Appellant.—

Present — Bastow, J. P., Goldman, Halpern, McClusky and Henry, JJ.

In the Matter of ALLAN R. DYTE, Appellant, v. JAMES R. LAWLEY et al., as Commissioners of the Board of Elections of Erie County, and ELIZA-

BETH B. KOLETAR, Respondents.— Memorandum: Upon the facts here presented, we conclude that "a vacancy in a nomination made at a fall primary" was not created within the meaning of the language of subdivision 3 of section 140 of the Election Law. Oral application for leave to appeal to the Court of Appeals denied. This, of course, does not prevent an application being made directly to the Court of Appeals. (Appeal from an order of Erie Special Term denying application to have Board of Elections accept certificate of nomination as valid.) Present — Williams, P. J., Bastow, Goldman, McClusky and Henry, JJ. (Decision and order entered Oct. 17, 1961.)